JACOB W. STALEY, as Surviving Executor of JACOB
    STALEE, Deceased, Respondent, *v.* MICHAEL D. MURRAY
    et al., Appellants.

*Staley* v. *Murray*, 166 App. Div. 328, appeal dismissed.
(Argued September 29, 1915; decided December 17, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 12, 1915, which affirmed an order of Special Term
striking from a judgment and judgment roll the findings
of fact and plaintiff's exceptions thereto and directing
that a judgment of nonsuit be entered in place thereof in
an action to foreclose a mortgage.

*Alfred D. Dennison* for appellants.

*Horton D. Wright* for respondent.

Appeal dismissed, without costs, on the ground that it
is taken from an order instead of a judgment of the
Appellate Division; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
            *v.* GUISEPPE MARENDI, Appellant.

(Argued November 29, 1915; decided December 17, 1915.)

APPEAL from a judgment of the Kings County Court,
rendered May 19, 1915, upon a verdict convicting the
defendant of the crime of murder in the first degree.

*William W. Wingate* and *James C. Danzilo* for
appellant.

*James C. Cropsey, District Attorney* (*Ralph E.
Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.